IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Muriel Chambers on behalf of C.L. et al
Plaintiff(s)

Case Number: 1:06CV00659 EGS

vs

Government of the District of Columbia
Defendant(s)

AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on April 25, 2006 at 1:22 PM, I executed service of process upon **GALE RIVERS, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA** at 441 4th Street NW, 6th Floor, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Gale Rivers is described as a Black Female, approximately 5' 8" tall, 170-180 pounds, Brown eyes, Black hair, and 52 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 45 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 28, 2006.

Date April 28, 2006.

_____
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on April 28, 2006.

_____

My Commission Expires:
    Shandora Dobson
    Notary Public, District of Columbia
    My Commission Expires 12-14-2008

Ref.# 70267