UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Muriel Chambers, *et al.*      )<br>                                              )<br>         Plaintiffs,                  )<br>                                              )<br>        v,                                  )<br>                                              )<br>THE DISTRICT OF COLUMBIA  )<br>                                              )<br>        Defendant                  )<br>_____) | Civil Action No. 06-0659 (EGS) |

DEFENDANT'S CONSENT MOTION TO ENLARGE THE TIME WITHIN WHICH
THE DEFENDANT MAY RESPOND TO THE COMPLAINT

NOW COMES defendant, by and through counsel the Office of the Attorney General of the District of Columbia and requests that the Court enlarge the time within which the defendant may file a response to the complaint to and including June 5, 2006. The reasons for this request are set forth below and in the memorandum in support of this motion, which is incorporated herein by reference. Defendant's response to the complaint is due today May 15, 2006. Because of other pressing matters for which the undersigned is responsible, defendant requests a brief enlargement of time so that the issues raised in the complaint can be adequately addressed. In addition, counsel for the parties are having ongoing discussions in the hope of resolving this matter without the need for further litigation.

The undersigned has discussed this matter with counsel for plaintiffs and he has graciously consented to the relief requested.

WHEREFORE, defendants request that the time with in which they may respond to the complaint be enlarged to and including June 5, 2006.

POINTS AND AUTHORITIES

1. The inherent power of the Court.

2. Fed.R.Civ.P. 6(b)(1)

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General of the District of Columbia

        GEORGE C. VALANTINE
        Deputy Attorney General
        For Civil Litigation

        /s/ Robert C. Utiger_____
        ROBERT C. UTIGER [437130]
        Senior Counsel to the Deputy
        For Civil Litigation
        P.O. Box 14600
        Washington, D.C. 20001
        (202) 724-6532