UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIEL CHAMBERS, et al.  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v,  )<br>  )<br>THE DISTRICT OF COLUMBIA,  )<br>  )<br>  Defendant  )<br>_____ ) | Civil Action No. 06-0659 (EGS) |

ANSWER TO THE COMPLAINT

COMES NOW defendant, the District of Columbia, and for its answer to the Complaint states as follows:

FIRST DEFENSE

The complaint fails to state a claim upon which relief may be granted.

SECOND DEFENSE

The following answers correspond to the numbered paragraphs in the complaint:

1. The allegations set forth in Paragraph 1 of the complaint are no more than plaintiff's cursory legal description of the federal Medicaid program and the defendant's participation in that program and no response is required of defendant. Further answering the District admits it participates in the Medicaid program.

2. The allegations set forth in Paragraph 2 of the complaint are no more than the plaintiffs' description of their complaint and no response is required of the defendant. To the extent a response is deemed required the allegations set forth in Paragraph 2 of the complaint are denied.

3. Defendant denies that jurisdiction is proper in this Court.

4. The allegations set forth in Paragraph 4 of the complaint are no more than the plaintiffs' description of their complaint and no response is required of the defendant. To the extent a response is deemed required the allegations set forth in Paragraph 4 of the complaint are denied.

5. Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 5 of the complaint.

6. Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 6 of the complaint.

7. Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 7 of the complaint.

8. Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 8 of the complaint.

9. Defendant admits that OPTIONS Public Charter School is chartered under the laws of the District of Columbia. The remaining allegations set forth in Paragraph 9 of the complaint are legal conclusions of the plaintiffs to which no response is required.

10. Denied

11. The allegations set forth in Paragraph 11 of the complaint are no more than the legal conclusions of plaintiffs to which no response is required. To the extent a response is deemed required the allegations set forth in Paragraph 11 of the complaint are denied.

12. Defendant admits that it is a municipal corporation. The remaining allegations set forth in Paragraph 12 of the complaint are no more than plaintiffs' description of the structure of certain government agencies and no response is required of the defendant.

13. Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 13 of the complaint.

14.     Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 14 of the complaint.  Further answering, defendant denies that the individual plaintiffs have legal authority to authorize the billing of Medicaid services.

15.     Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 15 of the complaint.

16.     Defendant lacks information sufficient to admit or deny the allegations set forth in Paragraph 16 of the complaint as to Options purported January 2003 application for provider status.  Defendant admits that Options is certified as a Medicaid provider.

17.     Denied.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Admitted.

22.     Admitted.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Denied.

28.     The allegations set forth in Paragraph 28 of the complaint are no more than plaintiffs legal conclusions to which no response is required.

29.     Denied.

30.     Denied.

31. Denied.

32. Denied

Any allegation not specifically admitted is denied.

### THIRD DEFENSE

Some or all the plaintiffs lack standing.

### FOURTH DEFENSE

Some or all of the claims made are moot.

### FIFTH DEFENSE

Some or all of the claims are barred by the applicable statutes of limitation and or the equitable doctrine of laches.

Defendant reserves the right to timely amend this answer to state further defenses has they become apparent in the course of this litigation.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General for
Civil Litigation

/s/ Robert C. Utiger

ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy for
Civil Litigation

P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532