**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURIEL CHAMBERS, ET AL. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-659 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT  MEET AND CONFER STATEMENT

Pursuant to LCvR 16.3, the parties respectfully submit the foregoing:

1.  The parties believe this case can be decided by dispositive motion.

2.  The parties do not anticipate the need for joining parties or amending the pleadings.  The parties believe that the factual and legal issues may be agreed upon or narrowed based on further discussions.

3.  The parties believe that an initial referral of this matter to a magistrate judge may result in resolution of the dispute.

4.  The parties have had some discussions regarding resolving this dispute. Defendants believe that recent changes in Medicaid regulations may make the possibility of resolution more likely.

    a.  The parties believe that initial referral to a magistrate judge for settlement discussions would be beneficial in this case.  This case can be decided by dispositive motion. If settlement discussions are unfruitful the defendants believe the Court should set a schedule to brief dispositive motions.

1.  The defendants do not believe that there is a need for disclosures under Fed. R. Civ. Pro. 26(a)(1).

2.  The parties at this time do not believe that discovery will be necessary.

3.  The parties do not believe that there will be a need for expert witnesses.

4.  Plaintiffs filed the matter as a class action but have not moved to certify the class.  If they do so the defendants will oppose such a motion.

5.  The defendant does not believe that it is necessary to bifurcate discovery or trial.  Plaintiffs would prefer to make that determination after any settlement discussions conclude.

6.  The parties do not believe there is no need for a pretrial conference at this time.

7.  The parties do not believe there is a need to set a trial date at this time.

8.  The parties do not believe there are any other matters to consider at this time.


Respectfully submitted,


ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia


GEORGE C. VALANTINE
Deputy Attorney General
For Civil Litigation


/s/ Robert C. Utiger
ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy
For Civil Litigation
P.O. Box 14600
Washington, D.C. 20001
(202) 724-6532

/s/ Paul S. Dalton
PAUL S. DALTON [439118]
Counsel for Plaintiffs
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria VA 22314
(703)-739-4300