UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURIEL CHAMBERS, ET AL._ _ _ _Plaintiffs,_ _v._ _DISTRICT OF COLUMBIA,_ _Defendant. | Civil Action No. 06-659 (EGS) |

### CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

The Plaintiffs, by and through counsel, hereby request that the status conference set for July 25, 2006, be rescheduled. In its meet and confer report filed on July 18, 2006, the parties agreed to refer this case to a magistrate judge for settlement discussions. Plaintiffs believe that it would be most beneficial to postpone a status conference until the parties have appeared before a magistrate judge. Plaintiffs' counsel contacted defendant's counsel regarding this proposal. The defendant agreed and consented to the motion.

The parties, therefore, request that the Court postpone the July 25, 2006, status conference until after the parties have appeared before a magistrate judge.

Respectfully submitted,
/s/ Paul S. Dalton
PAUL S. DALTON [439118]
Counsel for Plaintiffs
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria VA 22314
(703)-739-4300