UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MURIEL CHAMBERS, ET AL. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-659 (EGS) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## ORDER

Having considered the Consent Motion to Reschedule the Status Conference, it is this ___ day of _____, 2006,

**ORDERED:** The July 25, 2006, status conference be rescheduled. A date will be chosen after the parties have appeared before a magistrate judge.

_____
Emmet G. Sullivan
U.S. District Court Judge

Date: _____