UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURIEL CHAMBERS, ET AL.<br><br>  Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CA No. 06-659 (EGS/JMF)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

The Parties, by and through counsel, hereby request that the status conference set for January 23, 2007, be rescheduled. Counsel for both parties are unavailable on the proposed date. Additionally, negotiations between the parties are ongoing and the parties request an additional 3-4 weeks to continue their discussions before scheduling another status conference.

The parties, therefore, request that the Court postpone the status conference scheduled for January 23, 2007.

Respectfully submitted,
/s/ Paul S. Dalton_____
PAUL S. DALTON [439118]
Counsel for Plaintiffs
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria VA 22314
(703)-739-4300