UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURIEL CHAMBERS, ET AL. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civil Action No. 06-659 (EGS/JMF) |

## ORDER

Having considered the Consent Motion to Reschedule the Status Conference, it is this ___ day of _____, 2007,

**ORDERED:** The January 23, 2007, status conference be rescheduled.

_____
John M. Facciola
U.S. District Court Judge

Date: _____