UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHAMBERS, *et. al.,* | : | |
|    Plaintiffs | : | |
| v. | : | |
| DISTRICT OF COLUMBIA, *et. al.,* | : | Civil Action No. 06-0659 (TFH) |
|    Defendants | : | |

JOINT STATUS REPORT AND
RECOMMENDATION FOR FUTURE PROCEEDINGS

     By Order of June 11, 2007, the Court instructed the parties to file the instant joint status report and recommendation for future proceedings. Settlement negotiations have been ongoing, but no resolution has been reached as of this time. Plaintiffs recently provided documentation to defendants in support of their claims concerning entitlement to reimbursement for services rendered to special education students. This has provided defendants with a helpful means of assessing the value of those claims. Defendants in turn are in the process of doing a study, building on that documentation, to obtain a more detailed analysis of reimbursements owed. This study should be completed within about a week of the filing hereof. Thus, settlement negotiations are active at this time.

     Under these circumstances, the parties suggest that if a settlement agreement has not been achieved within about 30 days, a further settlement conference be convened before Judge Facciola.

Respectfully submitted,

\_\_\_\_\_/s/_____
Paul S. Dalton[#439118]
DALTON&DALTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314

(703)-739-4300
(703)-739-2323 fax
email:p.dalton@daltonlaw.com

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

_____/s/_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
email: cary.pollak@dc.gov