UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MURIEL CHAMBERS, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-659 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to this Court's Order of October 30, 2007, counsel for the Plaintiff, at the request of counsel for the Defendant, files this Status Report. The parties met with Magistrate Judge John M. Facciola on September 21, 2007 and on October 11, 2007. After a discussion with the parties Judge Facciola set out three scenarios for proceeding with a resolution of this case by having the parties agree to have him act as a Special Master to review all evidence and make a final decision.

Plaintiff's were in agreement with having Judge Facciola act as a Special Master and to have his decision be final. Defendant wanted to have some time to consider each of the recommended scenarios and reported back to Judge Facciola. Subsequent to the October 11th meeting the Defendant reported to the court that they too were in agreement that Judge Facciola should act as a Special Master; but they wanted to have the right to appeal his decision both to Judge Emmet G. Sullivan and the Court of Appeals if required.    The parties are awaiting a decision from Judge Facciola as how this matter shall proceed.

Dated: October 31, 2007                    Respectfully submitted,
                                                                           /s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 31th day of October, 2007.

                                                        /s/
Paul S. Dalton, Esq.
Counsel for Plaintiff