UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMBERS, *et. al.*,                      :

    Plaintiffs                            :

        v.                                  :

DISTRICT OF COLUMBIA, *et. al.*,    :    Civil Action No. 06-0659 (EGS)

    Defendants                          :              (JMF)

## JOINT STATUS REPORT

By Order of November 6, 2007, the Court instructed the parties to file a status report by December 7, 2007. By Minute Order of December 12, the Court noted that the report had not been filed and instructed the parties to file by December 14 at 12:00 p.m.[1]

Settlement negotiations have been ongoing, but no resolution has been reached as of this time. The parties had advised in a previous status report that plaintiffs had provided documentation to defendants in support of their claims concerning entitlement to reimbursement for services rendered to special education students. Defendants found that helpful, but from their perspective, incomplete. Since that time plaintiffs provided additional documents concerning the specifics of a number of individual claims. Defendants once again found the information helpful, but still lacking in some of the

---

[1] This status report is being filed on the afternoon of December 14 for the following reasons. Undersigned counsel for defendants, Mr. Pollak, had written a praecipe entering his appearance and thought he had filed it in on November 2, 2007. Apparently that praecipe was not properly filed, and counsel did not have notice of the requirements of the Court until advised of them on December 14, by plaintiffs' counsel. Other members of the Office of the Attorney General who may have received notice, were under the impression that Mr. Pollak, who is currently handling the case, was also receiving the notices. Counsel for plaintiffs has been ill in recent days, and has asked counsel for defendants to assist in the instant filing.

record documentation needed to determine if a number of the claims would be subject to reimbursement.

At the same time, the parties have been in contact with Judge Facciola, concerning the role he might play as a mediator if the parties were close to settlement, or a master if it did not appear that the parties could easily reach an agreement.  Although progress has been made in settlement negotiations, it appears that it may be necessary for Judge Facciola to be appointed as a master to make findings and a recommendation to the Court as to how to resolve this matter.[2]

Under these circumstances, the parties may continue to negotiate, but will likely soon advise Judge Facciola of their need for his assistance as described above.

Respectfully submitted,

\_\_\_\_\_/s/_____
Paul S.Dalton[#439118]
DALTON&DALTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703)-739-4300
(703)-739-2323 fax
email:p.dalton@daltonlaw.com

LINDA SINGER
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Ellen\_A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

_____/s/ Cary D. Pollak_____

---

[2] Plaintiffs had indicated that they would be willing to have Judge Facciola serve in any capacity, including as final decision maker.  Defendants, as a matter of policy, advised that they would want to have some level of review.

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov