UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Muriel Chambers, *et. al.* | : | |
| v. | : | Civil Action No. 06-0659 (EGS) |
| The Government of the | : | (JMF) |
| District of Columbia, *et. al.* | : | |

**PRAECIPE**

It is requested that the Clerk of the Court please enter the appearance of Cary D. Pollak, Senior Assistant Attorney General, D.C. Bar Number 055400, for defendants in the above-referenced case.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       /s/ Ellen A. Efros
ELLEN A. EFROS [#250746]
Chief, Equity Section I

       /s/ Cary D. Pollak
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov