UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAMBERS, *et. al.*,                          :

    Plaintiffs                              :

    v.                                          :

DISTRICT OF COLUMBIA, *et. al.*,    :    Civil Action No. 06-0659 (EGS)

    Defendants                           :                 (JMF)

## JOINT STATUS REPORT

By Minute Order dated January 15, 2008, the Court instructed the parties, in light of the Joint Status Report filed on December 14, 2007, to submit a joint status report and recommendation for future proceedings by no later than January 31, 2008. Since that previous filing, the parties have negotiated only sporadically, and now seek referral of this matter to Magistrate Judge Facciola to make a determination on the merits to be recommended to this Court, with right of appeal.

At a mediation session on October 11, 2007, Judge Facciola suggested various approaches by which he could conduct the proceedings herein, in case mediation was not successful. The parties responded that their preference would be to have Judge Facciola make a determination, with review by Judge Sullivan and (if necessary) by the Court of Appeals. Judge Facciola conferred further with the parties, while negotiations continued, suggesting that they consider having him act as the final decision maker if negotiations failed. Plaintiffs were agreeable to that as a possible approach, but as a matter of policy defendants requested that any determination by the Magistrate Judge (as a master or otherwise) be subject to further court review.

Under these circumstances, the parties may continue to negotiate, but now request referral of this matter to Judge Facciola for a determination as noted above.

Respectfully submitted,

Counsel for Plaintiffs:

_____/s/_____
Paul S.Dalton[#439118]
DALTON&DALTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703)-739-4300
(703)-739-2323 fax
email:p.dalton@daltonlaw.com

Counsel for Defendants:

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Ellen_A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

_____/s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
E-mail: cary.pollak@dc.gov