UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAMBERS, *et. al.*, | : |
| Plaintiffs | : |
| v. | : |
| DISTRICT OF COLUMBIA, *et. al.*, | :    Civil Action No. 06-0659 (EGS) |
| Defendants | :    (JMF) |

JOINT RESPONSE OF THE PARTIES TO MINUTE ORDER TO SHOW CAUSE

By Minute Order dated February 26, 2008, the Court directed the parties to show cause by no later than March 7, 2008, why this case should not be referred to Magistrate Judge Facciola for all purposes with any appeal from his determination to be made to the United States Court of Appeals for the District of Columbia. The parties have conferred, and accept the suggestion of the Court. Thus, the parties agree that this case should be referred to Magistrate Judge Facciola for all purposes with any appeal from his determination to be made to the United States Court of Appeals for the District of Columbia.

Respectfully submitted,

Counsel for Plaintiffs:

       /s/
Paul S.Dalton [#439118]
DALTON&DALTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703)-739-4300
(703)-739-2323 fax
email:p.dalton@daltonlaw.com

Counsel for Defendants:

PETER J. NICKLES

Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_\_/s/ Ellen A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

\_\_\_\_\_/s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
E-mail: cary.pollak@dc.gov